IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AGORA, INC., <br><br>　　　　Plaintiff, <br><br>　　　　v. <br><br>DIGITAL FIRST MEDIA, LLC, <br><br>　　　　Defendant. | Civil Action No. 1:15-cv-01540-ELH |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

☐　　I certify, as party/counsel in this case that _____ is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership, or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

☑　　The following corporate affiliations exist with Agora, Inc.:

　　　See attached list of subsidiaries.

☐　　The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____
(names of entities with possible financial interests)

1297002.1 6/4/15

|  |  |
|---|---|
| June 4, 2015 | /s/ |
| *Date* | *Signature* |

|  |  |
|---|---|
| Sherry H. Flax | 03517 |
| *Printed Name* | *Bar Number* |

Saul Ewing LLP, 500 E. Pratt St., 9th Floor
*Address*

Baltimore, MD 21202
*City/State/Zip*

|  |  |
|---|---|
| (410) 332-8784 | (410) 332-8785 |
| *Phone No.* | *Fax No.* |

**Subsidiaries of Agora, Inc.**

Agora Financial, Inc., a Maryland corporation
Agora Travel, LLC, a Florida LLC
Laissez Faire Books, LLC, a Maryland LLC
Money Map Press, LLC, a Maryland LLC
NewMarket Health, LLC, a Maryland LLC
OmniVista Health, LLC, a Maryland LLC
Oxford Club, LLC, a Maryland LLC
Institute for Natural Healing, LLC, a Maryland LLC
Stansberry and Associates Investment Research, LLC, a Maryland LLC
Wall Street Daily, LLC, a Maryland LLC