**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **AGORA, INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 1:15-cv-01540-ELH |
| : | |
| **DIGITAL FIRST MEDIA, LLC,** : | |
| : | |
| **Defendant.** : | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

TO THE CLERK OF THE COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1), please dismiss this action with prejudice.

Date: July 23, 2015

      /s/
Sherry H. Flax – Federal Bar No. 03517
Saul Ewing LLP
500 East Pratt Street
9th Floor
Baltimore, Maryland 21202
(410) 332-8784 (Telephone)
(410) 332-8785 (Facsimile)
sflax@saul.com

Attorneys for Plaintiff,
Agora, Inc.