Case 1:15-cv-01540-ELH   Document 6   Filed 07/23/15   Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 JUL 23  AM 11: 49
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

Approved.
ELH
USDJ
7/23/15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AGORA, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 1:15-cv-01540- |
| | : |
| DIGITAL FIRST MEDIA, LLC, | : |
| | : |
| Defendant. | : |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE CLERK OF THE COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1), please dismiss this action with prejudice.

Date: July 23, 2015

/s/
Sherry H. Flax – Federal Bar No. 035
Saul Ewing LLP
500 East Pratt Street
9th Floor
Baltimore, Maryland 21202
(410) 332-8784 (Telephone)
(410) 332-8785 (Facsimile)
sflax@saul.com

Attorneys for Plaintiff,
Agora, Inc.